# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

BILLY J. McFARLAND                                                                                        PLAINTIFF
ADC #138545

V.                                              2:07CV00119 WRW

MIKE BEEBE *et al.*                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of November, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE